**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Timothy Yazzie,<br><br>        Defendant. | No. 06-4029M<br><br>**ORDER** |

Upon the government's motion and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned case is dismissed without prejudice.

DATED this 23rd day of February, 2006.

David K. Duncan
United States Magistrate Judge